UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGHAN THORNTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STANDARD INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-03821-RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

　　　　Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on January 8, 2015. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

　　　　1.　　DISCOVERY.

　　　　To the extent that limited discovery is warranted, all such discovery must be completed on or before June 1, 2015.

　　　　2.　　DISCOVERY DISPUTES.

　　　　Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

3.	FURTHER CASE MANAGEMENT CONFERENCE.

A Further Case Management Conference shall be held on **May 7, 2015 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

4.	LAST DAY TO FILE RECORD

The record shall be filed on or before July 19, 2015.

5.	PRETRIAL MOTIONS.

All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court. All pretrial motions shall be heard no later than July 30, 2015.

6.	TRIAL DATE.

A bench trial shall commence on **Thursday, October 15, 2015 at 1:30 p.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated: January 8, 2015

_____
RICHARD SEEBORG
United States District Judge