UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGHAN THORNTON,<br><br>    Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY, LUCASFILM LTD. LLC GROUP LONG TERM DISABILITY PLAN, and LUCASFILM LTD. LLC,<br><br>    Defendants. | Case No. 3:14-cv-3821 RS<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: August 22, 2014 |

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that this action, Case No. 3:14-cv-3821 RS, is dismissed in its entirety as to all defendants with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: June  8th  , 2015

_____
Hon. Richard Seeborg
Judge, United States District Court

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

143785.1

1

Case No. 3:14-cv-3821-RS
ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE